[No. 6230–5–II.   Division Two.   February 22, 1984.]

VICTOR FREDLUND, *Respondent, v.* ELIZABETH
FREDLUND, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 252547, D. Gary Steiner, J., entered March 2,

1072

1982. *Reversed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.